### (June 11, 1975)

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. WILLIAM WHITE, Petitioner, v J. LELAND CASSCLES, as Superintendent of Great Meadows Correctional Facility, Respondent.—Application, pursuant to CPLR 7002 (subd [b], par 2), for writ of habeas corpus denied for failure of compliance with article 70 of the CPLR and more particularly with the provisions of 7002 (subd [c], pars 5, 6) thereof, and as otherwise insufficient on its face. The court also notes that petitioner's appeal from his judgment of conviction, which was taken on January 25, 1974, is still pending and has not yet been perfected. Sweeney, J. P., Kane, Main, Larkin and Reynolds, JJ., concur.